# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | :CHAPTER 13 |
| DONNA LAGHJICHI | : |
| xxx-xx-9156 | : |
|         Debtor. | :CASE NO. 19-11399/MDC |
| | : |
| _____ | : |

## PRAECIPE TO WITHDRAW OBJECTION TO MOTION FOR CONTINUATION OF THE AUTOMATIC STAY

Secured Creditor, US Bank NA as Legal Title Trustee for Truman 2016 SC6 Title Trust, ("US Bank"), the holder of a mortgage on the real property of the Debtor commonly known as 72 Quarry Rd., Levittown, PA 19057, by and through its undersigned attorneys, hereby requests that the objection to the motion for continuation of the automatic stay be withdrawn – Document Number 15.

                                              Respectfully submitted,
                                              Romano Garubo & Argentieri

Dated:  4/15/19                                 /S/EMMANUEL J. ARGENTIERI
                                                 EMMANUEL J. ARGENTIERI

ROMANO GARUBO & ARGENTIERI
Emmanuel J. Argentieri, Esquire/59264
52 Newton Avenue, P.O. Box 456
Woodbury, New Jersey 08096
(856) 384-1515
eargentieri@rgalegal.com