Voucher #: 584491 Sort Order: 5368

**HR SERVICE GROUP LLC**

Donna Laghjichi

SSN# XXX-XX  
EMP# G24641

Period Start Date 01-01-2019   Check Date 03-22-2019   Federal Filing Status S/NONE  
Period End Date 03-08-2019   Check Number 01804637   State Filing Status S/NONE

### Earnings - Current

| Date | Pay Description | Pay Rate | Hrs/Units | Pay Amount | POS | SHFT |
|---|---|---|---|---|---|---|
| 03-04-2019 | PER DIEM | 100.0000 | 1.00 | 100.00 | SUB-AIDE | PD |
| 03-05-2019 | PER DIEM | 100.0000 | 1.00 | 100.00 | SUB-AIDE | FD |
| 03-06-2019 | PER DIEM | 100.0000 | 1.00 | 100.00 | SUB-AIDE | FD |
| 03-07-2019 | PER DIEM | 100.0000 | 1.00 | 100.00 | SUB-AIDE | FD |
| 03-08-2019 | PER DIEM | 100.0000 | 1.00 | 100.00 | PERM-SUB-REPLACE | |

TOTAL  5.00  500.00

### Deductions / Taxes

| Description | Amount | YTD |
|---|---|---|
| FEDERAL TAX | 47.50 | 95.69 |
| MEDICARE | 7.25 | 15.95 |
| SOC SECURITY | 31.00 | 68.20 |
| PA INCOME TAX | 15.35 | 33.77 |
| PA SUI | 0.30 | 0.65 |
| **TOTAL** | **101.40** | **214.27** |

### Earnings - Year To Date

| Description | YTD |
|---|---|
| PER DIEM | 1100.00 |
| **TOTAL** | **$1,100.00** |

### Net Pay Distribution

| Type | Amount |
|---|---|
| CHECK | $0.00 |
| DIRECT DEPOSIT | $398.60 |
| TOTAL NET PAY | $398.60 |
| TOTAL NET PAY YTD | $886.73 |

### Paid Time Off

| Description | Balance |
|---|---|

### Direct Deposit Detail

| Account | Type | Amount |
|---|---|---|
| | SAVINGS | 398.60 |
| TOTAL DEPOSITED | | $398.60 |

### Employer Contributions

| Description | Amount | YTD |
|---|---|---|
| TOTAL | 0.00 | 0.00 |

---

HR SERVICE GROUP LLC  
ESS Northeast, LLC  
800 Kings Highway North  
Cherry Hill, NJ 08034

Check No. 01804637  
Pay Date 03-22-2019

Pay  Non-negotiable

$0.00

To The Order Of  
Donna Laghjichi  
72 Quarry Rd.  
LEVITTOWN, PA 19057

*** Non-Negotiable ***

---

HR SERVICE GROUP LLC  
ESS Northeast, LLC  
800 Kings Highway North  
Cherry Hill, NJ 08034

PA  
PA

Donna Laghjichi  
72 Quarry Rd.  
LEVITTOWN, PA 19057

Voucher #: 523047 Sort Order: 5148

Donna Laghjichi                                                      HR SERVICE GROUP LLC

SSN#  XXX-X)        Period Start Date  01-01-2018   Check Date       03-01-2019  Federal Filing Status  S/NONE
EMP#  G24641        Period End Date    02-16-2019   Check Number     01738708    State Filing Status    S/NONE

## Earnings - Current

| Date | Pay Description | Pay Rate | Hrs/Units | Pay Amount | JOB | SHFT |
|---|---|---|---|---|---|---|
| 02-11-2019 | PER DIEM | 100.0000 | 1.00 | 100.00 | SUB-AIDE | FD |
| 02-13-2019 | PER DIEM | 100.0000 | 1.00 | 100.00 | SUB-AIDE | FD |
| 02-14-2019 | PER DIEM | 100.0000 | 1.00 | 100.00 | SUB-AIDE | FD |
| 02-15-2019 | PER DIEM | 100.0000 | 1.00 | 100.00 | SUB-AIDE | FD |
| TOTAL |  |  | 4.00 | 400.00 |  |  |

## Deductions / Taxes

| Description | Amount | YTD |
|---|---|---|
| FEDERAL TAX | 35.50 | 35.50 |
| MEDICARE | 5.80 | 5.80 |
| SOC SECURITY | 24.80 | 24.80 |
| PA INCOME TAX | 12.28 | 12.28 |
| PA SUI | 0.24 | 0.24 |
| TOTAL | 78.62 | 78.62 |

## Earnings - Year To Date

| Description | YTD |
|---|---|
| PER DIEM | 400.00 |
| TOTAL | $400.00 |

## Net Pay Distribution

| Type | Amount |
|---|---|
| CHECK | $0.00 |
| DIRECT DEPOSIT | $321.38 |
| TOTAL NET PAY | $321.38 |
| TOTAL NET PAY YTD | $321.38 |

## Paid Time Off

| Description | Balance |
|---|---|

## Direct Deposit Detail

| Account | Type | Amount |
|---|---|---|
|  | SAVINGS | 321.38 |
| TOTAL DEPOSITED |  | $321.38 |

## Employer Contributions

| Description | Amount | YTD |
|---|---|---|
| TOTAL | 0.00 | 0.00 |

HR SERVICE GROUP LLC                                                   Check No. 01738708
                                                                       Pay Date  03-01-2019
ESS Northeast, LLC
800 Kings Highway North
Cherry Hill, NJ 08034

Pay  Non-negotiable                                                                   $0.00

To The  Donna Laghjichi
Order   72 Quarry Rd.                          *** Non-Negotiable ***
Of      LEVITTOWN, PA 19057

HR SERVICE GROUP LLC

ESS Northeast, LLC
800 Kings Highway North
Cherry Hill, NJ 08034

PA
PA                                   Donna Laghjichi
                                     72 Quarry Rd.
                                     LEVITTOWN, PA 19057

Voucher #: 563511  Sort Order: 5454

HR SERVICE GROUP LLC

Donna Laghjichi

SSN# XXX-XX  Period Start Date 01-01-2018  Check Date 03-15-2019  Federal Filing Status S/NONE
EMP# G24641  Period End Date 03-02-2019  Check Number 01781197  State Filing Status S/NONE

## Earnings - Current

| Date | Pay Description | Pay Rate | Hrs/Units | Pay Amount | JOB | SHFT |
|---|---|---|---|---|---|---|
| 02-25-2019 | PER DIEM | 100.0000 | 1.00 | 100.00 | SUB-AIDE | FD |
| 02-28-2019 | PER DIEM | 100.0000 | 1.00 | 100.00 | PERM-SUB-REPLACE | |

TOTAL  2.00  200.00

## Deductions / Taxes

| Description | Amount | YTD |
|---|---|---|
| FEDERAL TAX | 12.69 | 48.19 |
| MEDICARE | 2.90 | 8.70 |
| SOC SECURITY | 12.40 | 37.20 |
| PA INCOME TAX | 6.14 | 18.42 |
| PA SUI | 0.12 | 0.36 |

## Earnings - Year To Date

| Description | YTD |
|---|---|
| PER DIEM | 600.00 |
| TOTAL | $600.00 |

## Net Pay Distribution

| Type | Amount |
|---|---|
| CHECK | $0.00 |
| DIRECT DEPOSIT | $165.75 |
| TOTAL NET PAY | $165.75 |
| TOTAL NET PAY YTD | $487.13 |

TOTAL  34.25  112.87

## Paid Time Off

| Description | Balance |
|---|---|

## Direct Deposit Detail

| Account | Type | Amount |
|---|---|---|
|  | SAVINGS | 165.75 |

TOTAL DEPOSITED  $165.75

## Employer Contributions

| Description | Amount | YTD |
|---|---|---|
| TOTAL | 0.00 | 0.00 |

HR SERVICE GROUP LLC

ESS Northeast, LLC
800 Kings Highway North
Cherry Hill, NJ 08034

Check No. 01781197
Pay Date 03-15-2019

$0.00

Pay Non-negotiable

To The  Donna Laghjichi
Order  72 Quarry Rd.
Of  LEVITTOWN, PA 19057

*** Non-Negotiable ***

HR SERVICE GROUP LLC

ESS Northeast, LLC
800 Kings Highway North
Cherry Hill, NJ 08034

PA
PA

Donna Laghjichi
72 Quarry Rd.
LEVITTOWN, PA 19057