```
000210
CO.    FILE      DEPT.    CLOCK   VCHR. NO.
ZVW    006151    000100   0000110012   1
                                    157-0001
```

**PS-STEARNS INC.**
3036 W 26TH ST
P.O. BOX 9460
ERIE PA 16505

**Earnings Statement** — ADP

Period Beginning: 03/04/2019
Period Ending:   03/10/2019
Pay Date:        03/14/2019

DONNA M. LAGHJICHI
72 QUARRY RD
LEVITTOWN PA 19057

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0, $5 Additional Tax
  PA:      N/A

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.0000 | 5.00 | 70.00 | |
| Gross Pay | | | $70.00 | 276.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -5.00 | 21.69 |
| | Social Security Tax | -4.34 | 17.11 |
| | Medicare Tax | -1.01 | 4.00 |
| | PA State Income Tax | -2.15 | 8.48 |
| | Millcreek Tw Income Tax | -0.70 | 2.76 |
| | PA SUI/SDI Tax | -0.05 | 0.17 |

Net Pay      $56.75
Checking 1   -56.75
Net Check    $0.00

Your federal taxable wages this period are $70.00

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Total Work Hrs | 5.00 | |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS :- 814-835-0140

| Location and Job Overrides/Description | Hours | Rate | Current Amount |
|---|---|---|---|
| TARGET 3/10 | | | |
| Regular | 5.00 | 14.0000 | 70.00 |
| Overall Totals: | 5.00 | | 70.00 |

©1993, 2006, ADP LLC. All Rights Reserved

▼ TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**PS-STEARNS INC.**
3036 W 26TH ST
P.O. BOX 9460
ERIE PA 16505

Advice number: 00000110012
Pay date: 03/14/2019

Deposited to the account of
DONNA M. LAGHJICHI

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxx | xxxx xxxx | $56.75 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

```
000479
CO.   FILE    DEPT.   CLOCK   VCHR. NO.
ZVW   006151  000100          00000090018  1
                            183-0001
```

PS-STEARNS INC.
3036 W 26TH ST
P.O. BOX 9460
ERIE PA 16505

**Earnings Statement**  ADP

Period Beginning: 02/18/2019
Period Ending:    02/24/2019
Pay Date:         02/28/2019

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal:  0,$5 Additional Tax
  PA:       N/A

DONNA M. LAGHJICHI
72 QUARRY RD
LEVITTOWN PA 19057

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.0000 | 5.50 | 66.00 | |
| Gross Pay | | | $66.00 | 206.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -5.00 | 16.69 |
| | Social Security Tax | -4.09 | 12.77 |
| | Medicare Tax | -0.96 | 2.99 |
| | PA State Income Tax | -2.03 | 6.33 |
| | Millcreek Tw Income Tax | -0.66 | 2.06 |
| | PA SUI/SDI Tax | -0.04 | 0.12 |
| Net Pay | | $53.22 | |
| Checking 1 | | -53.22 | |
| Net Check | | $0.00 | |

**Other Benefits and Information** | this period | total to date
--- | --- | ---
Total Work Hrs | 5.50 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS :- 814-835-0140

| Location and Job Overrides/Description | Hours | Rate | Current Amount |
|---|---|---|---|
| BABYDAYS 2/23 | | | |
| Regular | 5.50 | 12.0000 | 66.00 |
| Overall Totals: | 5.50 | | 66.00 |

Your federal taxable wages this period are $66.00

©1998, 2006, ADP, LLC   All Rights Reserved.

▼ TEAR HERE

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

PS-STEARNS INC.
3036 W 26TH ST
P.O. BOX 9460
ERIE PA 16505

Advice number: 00000090018
Pay date:      02/28/2019

Deposited to the account of
DONNA M. LAGHJICHI

account number    transit ABA         amount
XXXXXXX           XXXX XXXX           $53.22

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| ZVW | 006151 | 000100 | | 000600 | 182-0001 |

**PS-STEARNS INC.**
*3036 W 26TH ST*
*P.O. BOX 9460*
*ERIE PA 16505*

# Earnings Statement  ADP

Period Beginning: 01/28/2019
Period Ending: 02/03/2019
Pay Date: 02/07/2019

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0,$5 Additional Tax
  PA: N/A

DONNA M. LAGHJICHI
72 QUARRY RD
LEVITTOWN PA 19057

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.0000 | 10.00 | 140.00 | |
| **Gross Pay** | | | **$140.00** | 140.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -11.69 | 11.69 |
| | Social Security Tax | -8.68 | 8.68 |
| | Medicare Tax | -2.03 | 2.03 |
| | PA State Income Tax | -4.30 | 4.30 |
| | Millcreek Tw Income Tax | -1.40 | 1.40 |
| | PA SUI/SDI Tax | -0.08 | 0.08 |
| **Net Pay** | | | **$111.82** |
| Checking 1 | | | -111.82 |
| **Net Check** | | | **$0.00** |

**Other Benefits and Information** — this period — total to date
Total Work Hrs — 10.00

**Important Notes**
YOUR COMPANY PHONE NUMBER IS :- 814-835-0140

| Location and Job Overrides/Description | Hours | Rate | Current Amount |
|---|---|---|---|
| TARGET 2/2 | | | |
| Regular | 5.00 | 14.0000 | 70.00 |
| TARGET 2/3 | | | |
| Regular | 5.00 | 14.0000 | 70.00 |
| **Overall Totals:** | **10.00** | | **140.00** |

Your federal taxable wages this period are $140.00

©1998, 2006, ADP, LLC   All Rights Reserved

---

© 2000 ADP, LLC
VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**PS-STEARNS INC.**
*3036 W 26TH ST*
*P.O. BOX 9460*
*ERIE PA 16505*

Advice number: 00000060014
Pay date: 02/07/2019

**Deposited to the account of** | account number | transit ABA | amount
DONNA M. LAGHJICHI | XXXXXXXX | XXXX XXXX | $111.82

VOID   THIS IS NOT A CHECK

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK   HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.