# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | :CHAPTER 13 |
| DONNA LAGHJICHI | : |
| xxx-xx-9156 | : |
|         Debtor. | :CASE NO. 19-11399/MDC |
| _____ | : |

## PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION OF PLAN

Secured Creditor, US Bank NA as Legal Title Trustee for Truman 2016 SC6 Title Trust, the holder of a mortgage on the real property of the debtor, by and through its undersigned attorney, hereby withdraws its objection to confirmation of plan – Document Number 34. Debtor's amended plan filed on 12/4/19 provides for US Bank's proof of claim in full as filed.

                                              Respectfully submitted,
                                              Romano Garubo & Argentieri

                                              /s/EMMANUEL J. ARGENTIERI
                                              EMMANUEL J. ARGENTIERI

Date:  12/5/19

ROMANO GARUBO & ARGENTIERI
Emmanuel J. Argentieri, Esquire/59264
52 Newton Avenue, P.O. Box 456
Woodbury, New Jersey 08096
(856) 384-1515
eargentieri@rgalegal.com