**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

| | |
|---|---|
| **In re:**<br><br>**Donna Laghjichi**<br>        Debtor<br><br>**U.S. Bank National Association, as Trustee, as successor to U.S. Bank Trust National Association, as Trustee, which was successor to First Trust National Association, as Trustee, for Home Improvement and Home Equity Loan Trust 1997-C**<br>        Movant<br><br>v.<br><br>**Donna Laghjichi**<br><br>        Debtor/Respondent<br><br>**WILLIAM C. MILLER, Esq., Esquire**<br><br>        Trustee/Respondent | **Bankruptcy No. 19-11399-mdc**<br><br>**Chapter 13**<br><br>Hearing Date: March 10, 2020<br>Hearing Time: 10:30 AM<br>**Location: Courtroom Number #2<br>Philadelphia Division/Nix Building** |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

U.S. Bank National Association, as Trustee, as successor to U.S. Bank Trust National Association, as Trustee, which was successor to First Trust National Association, as Trustee, for Home Improvement and Home Equity Loan Trust 1997-C, has filed a Motion for Relief from the Automatic Stay pursuant to 11 U.S.C. §362(d)(1); for costs and disbursements of this action, and for such other and further relief as to the Court may deem just and proper.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the motion, then on or before **February 27. 2020 you or your attorney must filed a response to the Motion**. (*see Instructions on next page*).

    (a) File an answer explaining your position at: **Courtroom Number #2 Philadelphia Division/Nix Building**

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough that it will be received on or before the dates stated above; and

(b) Mail a copy to the movant's attorney:

Sheetal R. Shah-Jani, Esquire
RAS Citron, LLC
130 Clinton Road, Suite 202
Fairfield, NJ 07004

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 19(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. **A hearing on the Motion** is scheduled to be held before **Chief Judge Magdeline D. Coleman** on **February 18, 2020 at 10:30 in Courtroom 2, United States Bankruptcy Court, Philadelphia Division/Nix Building.** Unless the court orders otherwise, the hearing on this contested matter will be an **evidentiary hearing.**

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's Office in Philadelphia at 215-408-2800 or Reading at 610-208-5040 to find out whether the hearing has been canceled because no one filed a response.

Date: February 13, 2020

RAS Citron,
130 Clinton Road, Suite 202
Fairfield, NJ 07004
Telephone No.: 470-321-7112
Fax: 404-393-1425
By: /s/ *Sheetal R. Shah-Jani*
Sheetal R. Shah-Jani, Esquire
Bar ID: 81760
   Email: sshahjani@rascrane.com

19-11399
19-360006
MFR