# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### PHILADELPHIA DIVISION

| | |
|---|---|
| **In re:** <br><br> **Donna Laghjichi,** <br>       Debtor. <br><br> **U.S. Bank National Association, as Trustee, as successor to U.S. Bank Trust National Association, as Trustee, which was successor to First Trust National Association, as Trustee, for Home Improvement and Home Equity Loan Trust 1997-C,** <br>       Movant. <br><br> v. <br><br> **Donna Laghjichi,** <br>       Debtor/Respondent. <br><br> **WILLIAM C. MILLER, Esq., Esquire,** <br>       Trustee/Respondent. | **Bankruptcy No. 19-11399-mdc** <br><br> **Chapter 13** <br><br> Hearing Date: March 10, 2020 <br> Hearing Time: 10:30 AM <br> Location: Courtroom Number #2 <br> Philadelphia Division/Nix Building |

## **CERTIFICATE OF NO RESPONSE**

The undersigned hereby certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion for Relief from Stay, filed at Docket No. 54, appears thereon. It is hereby respectfully requested that the Order attached to the Movant's Motion for Relief from the Automatic Stay be entered by the Court.

Paul H. Young

Young, Marr & Associates

3554 Hulmeville Road, Suite 102

Bensalem, PA 19020


Donna Laghjichi

72 Quarry Road

Levittown, PA 19057

William C. Miller, Esq.

Chapter 13 Trustee

P.O. Box 1229

Philadelphia, PA 19105


United States Trustee

Office of the U.S. Trustee

200 Chestnut Street, Suite 502

Philadelphia, PA 19106


Dated: February 28, 2020        By: /s/ Harold N. Kaplan\_\_\_\_\_
                                                      Harold N. Kaplan, Esquire
                                                      Bar ID:  38110
                                                      Email: hkaplan@rasnj.com

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

| | |
|---|---|
| **In re:**<br><br>**Donna Laghjichi,**<br>       **Debtor.**<br>**U.S. Bank National Association, as Trustee, as successor to U.S. Bank Trust National Association, as Trustee, which was successor to First Trust National Association, as Trustee, for Home Improvement and Home Equity Loan Trust 1997-C,**<br>       **Movant.**<br>**v.**<br>**Donna Laghjichi,**<br>        **Debtor/Respondent.**<br>**WILLIAM C. MILLER, Esq., Esquire,**<br>         **Trustee/Respondent.** | **Bankruptcy No. 19-11399-mdc**<br><br>**Chapter 13**<br><br>**Hearing Date: March 10, 2020**<br>**Hearing Time: 10:30 AM**<br>**Location: Courtroom Number #2**<br>**Philadelphia Division/Nix Building** |

**CERTIFICATE OF SERVICE OF THE CERTIFICATE OF NO RESPONSE**

I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on February 28, 2020 I served copies of the Certificate Of No Response upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronic mail, at the following addresses:

Paul H. Young

Young, Marr & Associates

3554 Hulmeville Road, Suite 102

Bensalem, PA 19020


Donna Laghjichi

72 Quarry Road

Levittown, PA 19057


William C. Miller, Esq.

Chapter 13 Trustee

P.O. Box 1229

Philadelphia, PA 19105


United States Trustee

Office of the U.S. Trustee

200 Chestnut Street, Suite 502

Philadelphia, PA 1910


Dated: February 28, 2020                                By: /s/ Harold N. Kaplan