UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| In re:<br><br>Donna Laghjichi<br>    Debtor<br><br>U.S. Bank National Association, as Trustee, as successor to U.S. Bank Trust National Association, as Trustee, which was successor to First Trust National Association, as Trustee, for Home Improvement and Home Equity Loan Trust 1997-C<br>    Movant<br><br>v.<br><br>Donna Laghjichi<br>    Debtor/Respondent<br><br>WILLIAM C. MILLER, Esq., Esquire<br>    Trustee/Respondent | Bankruptcy No. 19-11399-mdc<br><br>Chapter 13<br><br>Hearing Date: March 10, 2020<br>Hearing Time: 10:30 AM<br>Location: Courtroom Number #2<br>Philadelphia Division/Nix Building |
|---|---|

## ORDER OF COURT

AND NOW, this 10th day of March, 2020, upon consideration of U.S. Bank National Association, as Trustee, as successor to U.S. Bank Trust National Association, as Trustee, which was successor to First Trust National Association, as Trustee, for Home Improvement and Home Equity Loan Trust 1997-C's Motion for Relief from Automatic Stay, any response thereto and that it is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby ~~unconditionally~~ terminated with respect to U.S. Bank National Association, as Trustee, as successor to U.S. Bank Trust National Association, as Trustee, which was successor to First Trust National Association, as Trustee, for Home Improvement and Home Equity Loan Trust 1997-C and it is further

ORDERED, that U.S. Bank National Association, as Trustee, as successor to U.S. Bank Trust National Association, as Trustee, which was successor to First Trust National Association, as Trustee, for Home Improvement and Home Equity Loan Trust 1997-C, its successors and/or assignees be entitled to proceed with appropriate state court remedies against the property located at 72 Quarry Rd Levittown Pennsylvania 19057, including without limitation a sheriff's sale of the property, and it is further *as provided for under the terms of the mortgage documents*

ORDERED that U.S. Bank National Association, as Trustee, as successor to U.S. Bank Trust National Association, as Trustee, which was successor to First Trust National Association, as Trustee, for Home Improvement and Home Equity Loan Trust 1997-C, 's request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted.

BY THE COURT

_Magdeline D. C_
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge