IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  : CHAPTER 13

DONNA LAGHJICHI  :

        DEBTOR(S)  : BANKRUPTCY NO. 19-11399-MDC

## ORDER

AND NOW, IT IS ORDERED that the Order granting relief from the automatic stay as to U.S. Bank National Association, as Trustee, as successor to U.S. Bank Trust National Association, as Trustee, which was successor to First Trust National Association, as Trustee, for Home Improvement and Home Equity Loan Trust 1997-C dated March 10, 2020 (Docket #59) is VACATED having been entered in error, and it is

FURTHER ORDERED that the hearing to consider the *Motion for Relief from Stay to Permit* filed by U.S. Bank National Association, as Trustee, as successor to U.S. Bank Trust National Association, as Trustee, which was successor to First Trust National Association, as Trustee, for Home Improvement (Docket #54) shall be held on **April 14, 2020 at 10:30 a.m. in Courtroom No. 2**, United States Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, 2nd Floor, Philadelphia, Pennsylvania 19107.

BY THE COURT:

3/13/20

*Magdeline D. Coleman*
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE