```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
In re:                                                         Case No. 19-11399-mdc
Donna Laghjichi                                                Chapter 13
         Debtor
                            CERTIFICATE OF NOTICE
District/off: 0313-2         User: Stacey              Page 1 of 1            Date Rcvd: Mar 11, 2020
                             Form ID: pdf900           Total Noticed: 5


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 13, 2020.
db             +Donna Laghjichi,   72 Quarry Road,    Levittown, PA 19057-2011

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Mar 12 2020 03:37:56      City of Philadelphia,
                City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                Philadelphia, PA   19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 12 2020 03:37:28
                Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA   17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 12 2020 03:37:44      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Mar 12 2020 03:43:33       Synchrony Bank,
                c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2020                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 11, 2020 at the address(es) listed below:
              EMMANUEL J. ARGENTIERI    on behalf of Creditor    US Bank, NA as Legal Title Trustee for Truman
               2016 SC6 Title Trust bk@rgalegal.com
              HAROLD N. KAPLAN    on behalf of Creditor    U.S. Bank National Association, as Trustee, as
               successor to U.S. Bank Trust National Association, as Trustee, which was successor to First
               Trust National Association, as Trustee, for Home Improvement hkaplan@rasnj.com
              KEVIN G. MCDONALD    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              PAUL H. YOUNG    on behalf of Debtor Donna  Laghjichi support@ymalaw.com, ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              SHEETAL R. SHAH-JANI    on behalf of Creditor    U.S. Bank National Association, as Trustee, as
               successor to U.S. Bank Trust National Association, as Trustee, which was successor to First
               Trust National Association, as Trustee, for Home Improvement sshahjani@rascrane.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| In re:<br><br>Donna Laghjichi<br>    Debtor<br><br>U.S. Bank National Association, as Trustee, as successor to U.S. Bank Trust National Association, as Trustee, which was successor to First Trust National Association, as Trustee, for Home Improvement and Home Equity Loan Trust 1997-C<br>    Movant<br><br>v.<br><br>Donna Laghjichi<br>    Debtor/Respondent<br><br>WILLIAM C. MILLER, Esq., Esquire<br>    Trustee/Respondent | Bankruptcy No. 19-11399-mdc<br><br>Chapter 13<br><br>Hearing Date: March 10, 2020<br>Hearing Time: 10:30 AM<br>Location: Courtroom Number #2<br>Philadelphia Division/Nix Building |
|---|---|

## ORDER OF COURT

AND NOW, this 10th day of March, 2020, upon consideration of U.S. Bank National Association, as Trustee, as successor to U.S. Bank Trust National Association, as Trustee, which was successor to First Trust National Association, as Trustee, for Home Improvement and Home Equity Loan Trust 1997-C's Motion for Relief from Automatic Stay, any response thereto and that it is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby unconditionally terminated with respect to U.S. Bank National Association, as Trustee, as successor to U.S. Bank Trust National Association, as Trustee, which was successor to First Trust National Association, as Trustee, for Home Improvement and Home Equity Loan Trust 1997-Cand it is further

19-11399
19-360006
MFR

ORDERED, that U.S. Bank National Association, as Trustee, as successor to U.S. Bank Trust National Association, as Trustee, which was successor to First Trust National Association, as Trustee, for Home Improvement and Home Equity Loan Trust 1997-C, its successors and/or assignees be entitled to proceed with appropriate state court remedies against the property located at 72 Quarry Rd Levittown Pennsylvania 19057, including without limitation a sheriff's sale of the property, as provided for under the terms of the mortgage documents and it is further

ORDERED that U.S. Bank National Association, as Trustee, as successor to U.S. Bank Trust National Association, as Trustee, which was successor to First Trust National Association, as Trustee, for Home Improvement and Home Equity Loan Trust 1997-C, 's request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted.

BY THE COURT

_Magdeline D. C_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge