United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 19-11399-mdc
Donna Laghjichi                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Stacey              Page 1 of 1              Date Rcvd: Mar 13, 2020
                            Form ID: pdf900           Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2020.
db            +Donna Laghjichi,   72 Quarry Road,   Levittown, PA 19057-2011

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Mar 14 2020 03:44:29    City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 14 2020 03:43:49
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 14 2020 03:44:15    U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr            +E-mail/PDF: gecsedi@recoverycorp.com Mar 14 2020 03:39:35    Synchrony Bank,
               c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                             TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2020 at the address(es) listed below:
              EMMANUEL J. ARGENTIERI    on behalf of Creditor    US Bank, NA as Legal Title Trustee for Truman
               2016 SC6 Title Trust bk@rgalegal.com
              HAROLD N. KAPLAN    on behalf of Creditor    U.S. Bank National Association, as Trustee, as
               successor to U.S. Bank Trust National Association, as Trustee, which was successor to First
               Trust National Association, as Trustee, for Home Improvement hkaplan@rasnj.com
              KEVIN G. MCDONALD    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              PAUL H. YOUNG    on behalf of Debtor Donna  Laghjichi support@ymalaw.com, ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              SHEETAL R. SHAH-JANI    on behalf of Creditor    U.S. Bank National Association, as Trustee, as
               successor to U.S. Bank Trust National Association, as Trustee, which was successor to First
               Trust National Association, as Trustee, for Home Improvement sshahjani@rascrane.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13

DONNA LAGHJICHI :

DEBTOR(S) : BANKRUPTCY NO. 19-11399-MDC

## ORDER

AND NOW, IT IS ORDERED that the Order granting relief from the automatic stay as to U.S. Bank National Association, as Trustee, as successor to U.S. Bank Trust National Association, as Trustee, which was successor to First Trust National Association, as Trustee, for Home Improvement and Home Equity Loan Trust 1997-C dated March 10, 2020 (Docket #59) is VACATED having been entered in error, and it is

FURTHER ORDERED that the hearing to consider the *Motion for Relief from Stay to Permit* filed by U.S. Bank National Association, as Trustee, as successor to U.S. Bank Trust National Association, as Trustee, which was successor to First Trust National Association, as Trustee, for Home Improvement (Docket #54) shall be held on **April 14, 2020 at 10:30 a.m. in Courtroom No. 2**, United States Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, 2nd Floor, Philadelphia, Pennsylvania 19107.

BY THE COURT:

3/13/20

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE