### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| Donna Laghjichi, | : | |
| Debtor. | : | Bankruptcy No.  19-11399-MDC |

# **O R D E R**

**AND NOW**, on February 13, 2020, U.S. Bank National Association, as Trustee ("U.S. Bank"), as successor to U.S. Bank Trust National Association, as Trustee, which was successor to First Trust National Association, as Trustee, for Home Improvement and Home Equity Loan Trust 1997-C filed a *Motion for Relief from Stay* ("Motion").[1]

**AND**, on March 9, 2020, Debtor filed its *Answer to Motion for Relief from Automatic Stay*.[2]

**AND**, on April 14, 2020, a hearing was held on the Motion.

It is hereby **ORDERED** that the Motion is **DENIED** without prejudice.

Date:  April 20, 2020

MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

Paul H. Young, Esquire
Young, Marr & Associates
3554 Hulmeville Road, Suite 102
Bensalem, PA 19020

Sheetal R. Shah-Jani, Esquire
RAS Citron
130 Clinton Road, Suite 202
Fairfield, NJ 07004

---

[1] Bankr. Docket No. 54.

[2] Bankr. Docket No. 57.

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106-2912