Certificate Number: 03621-PAE-DE-037329910

Bankruptcy Case Number: 19-11399



03621-PAE-DE-037329910

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 8, 2023</u>, at <u>10:37</u> o'clock <u>AM EDT</u>, <u>Donna Laghjichi</u> completed a course on personal financial management given <u>by telephone</u> by <u>Credit Card Management Services, Inc. d/b/a Debthelper.com</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>April 8, 2023</u>          By:    <u>/s/Itzel Rivas</u>

                                   Name:  <u>Itzel Rivas</u>

                                   Title: <u>Credit Counselor</u>