United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 19-11399-mdc

Donna Laghjichi                                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                        User: admin                                    Page 1 of 3

Date Rcvd: May 17, 2023                Form ID: 138OBJ                        Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Donna Laghjichi, 72 Quarry Road, Levittown, PA 19057-2011 |
| 14283814 | | Commercial Acceptance, 2 W. Main St, Shiremanstown, PA 17011-6326 |
| 14303253 | + | DITECH FINANCIAL LLC, C/O KEVIN G. MCDONALD, KML LAW GROUP, P.C., 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 14714058 | + | U.S. Bank National Association, C/O JOSHUA I. GOLDMAN, 6267 Old Water Oak Rd., Ste. 203, Tallahassee, FL 32312-3858 |
| 14325362 | | U.S. Bank National Association, as Trustee, as suc, c/o Ditech Financial LLC, PO Box 12740, Tempe, AZ 85284-0046 |
| 14283816 | | U.S. Bank, N.A. as trustee for Home Impr, c/o Ditech Financial, LLC, PO Box 6154, Rapid City, SD 57709-6154 |
| 14283818 | + | Young, Marr & Associates, LLC, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020-4366 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 18 2023 00:16:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 18 2023 00:16:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14302416 | | Email/PDF: resurgentbknotifications@resurgent.com | May 18 2023 00:15:37 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14283813 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 18 2023 00:25:59 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14315584 | + | Email/PDF: ebn_ais@aisinfo.com | May 18 2023 00:26:26 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14284885 | + | Email/Text: bankruptcy@cavps.com | May 18 2023 00:16:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14494199 | | Email/Text: mtgbk@shellpointmtg.com | May 18 2023 00:15:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14283815 | + | Email/Text: flyersprod.inbound@axisai.com | May 18 2023 00:16:00 | Rushmore Loan Mgmt Ser, 15480 Laguna Canyon Rd S, Irvine, CA 92618-2132 |
| 14284343 | + | Email/PDF: gecsedi@recoverycorp.com | May 18 2023 00:15:37 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14713881 | + | Email/Text: bkecf@padgettlawgroup.com | May 18 2023 00:16:00 | U.S. Bank National Association, as Trustee, as suc, c/o Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312-3858 |
| 14324774 | + | Email/Text: flyersprod.inbound@axisai.com | May 18 2023 00:16:00 | US Bank, NA as Legal Title Trustee for, Truman 2016 SC6 Title Trust, c/o Rushmore Loan |

District/off: 0313-2                             User: admin                                          Page 2 of 3
Date Rcvd: May 17, 2023                          Form ID: 138OBJ                              Total Noticed: 19

|  |  |  | Management Services, PO Box 52708, Irvine, CA 92619-2708 |
| 14283817 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | |
|  |  | May 18 2023 00:15:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |

TOTAL: 12

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 14398033 | ## | Ditech Financial LLC, PO Box 12740, Tempe, AZ 85284-0046 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2023                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| EMMANUEL J. ARGENTIERI | on behalf of Creditor U.S. Bank National Association  as Trustee, as successor to U.S. Bank Trust National Association, as Trustee, which was successor to First Trust National Association, as Trustee, for Home Improvement bk@rgalegal.com |
| EMMANUEL J. ARGENTIERI | on behalf of Creditor US Bank  NA as Legal Title Trustee for Truman 2016 SC6 Title Trust bk@rgalegal.com |
| HAROLD N. KAPLAN | on behalf of Creditor U.S. Bank National Association  as Trustee, as successor to U.S. Bank Trust National Association, as Trustee, which was successor to First Trust National Association, as Trustee, for Home Improvement hkaplan@rasnj.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor U.S. Bank National Association  as Trustee, as successor to U.S. Bank Trust National Association, as Trustee, which was successor to First Trust National Association, as Trustee, for Home Improvement Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com |
| PAUL H. YOUNG | on behalf of Debtor Donna Laghjichi support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com |
| SHEETAL R. SHAH-JANI | on behalf of Creditor U.S. Bank National Association  as Trustee, as successor to U.S. Bank Trust National Association, as Trustee, which was successor to First Trust National Association, as Trustee, for Home Improvement sshahjani@rascrane.com |

District/off: 0313-2                          User: admin                                    Page 3 of 3
Date Rcvd: May 17, 2023                       Form ID: 138OBJ                        Total Noticed: 19

United States Trustee
                        USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Donna Laghjichi

           Debtor(s)

Case No: 19–11399–mdc

Chapter: 13

---

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 5/17/23

80 – 77
Form 138OBJ